JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nasrin Taymoori, | Case No. **CV 08-7187-JFW (SSx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NCMIC Insurance Co., et al., | |
| Defendant. | |

    WHEREAS, Plaintiff Nasrin Taymoori accepted Defendant The Prudential Insurance Company of America's Offer of Judgment, and agreed that judgment should be entered according to the Offer of Judgment,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action in favor of Plaintiff Nasrin Taymoori ("Plaintiff") against Defendant The Prudential Insurance Company of America ("Defendant") as follows:

    1.  The monthly benefit amount payable to Plaintiff under the Group Insurance Police No. DG-91639-IA (the "Policy") for the period of December 24, 2003 through December 23, 2005,

and any and all subsequent months for which Plaintiff establishes her entitlement to benefits under the terms of the Policy, was, is, and shall be $1,000.

2. Plaintiff is entitled to recover the sum of $24,000 for the period of December 24, 2003 through December 23, 2005 (plus applicable interest under California law) and shall be entitled to a separate sum of $26,000 from Defendant.

3. The judgment entered herein has no bearing on or application to Plaintiff's entitlement to benefits (other than as to the benefit amount, as established above) under the Policy's "any gainful occupation" provision for the period after December 23, 2005, and Plaintiff shall agree to a remand to Defendant for determination of whether she is entitled to benefits under the Policy for the period after December 23, 2005,

4. The parties are responsible for their own costs and attorneys' fees incurred in this action, and such costs and fees shall be born solely by the respective parties themselves.

The Clerk is ordered to enter this Judgment.

Dated: December 16, 2009           *[signature]*
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE